Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 09-269

RECEIVED

JAN 28 2010

JOEL SCHNEIDER
U.S. Magistrate Judge

In Regard to the Matter of:

Bayside State Prison
Litigation

ANDRE JARRELLS

      -vs-

WILLIAM H. FAUVER, et al,

      Defendants.

OPINION/REPORT
OF THE
SPECIAL MASTER

\*     \*     \*     \*

FRIDAY, DECEMBER 11, 2009

\*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

December 11, 2009

Page 2

1

2

3

4

5          Transcript of proceedings in the above

6   matter taken by Theresa O. Mastroianni, Certified

7   Court Reporter, license number 30X100085700, and

8   Notary Public of the State of New Jersey at the

9   United States District Court House, One Gerry Plaza,

10   Camden, New Jersey, 08102, commencing at 11:52 AM.

11

12

13

14

15

16

17

18

19          MASTROIANNI & FORMAROLI, INC.

20       Certified Court Reporting & Videoconferencing

21              251 South White Horse Pike

22             Audubon, New Jersey 08106

23                 856-546-1100

24

25

December 11, 2009

Page 3

1

2   A P P E A R A N C E S:

3

4

5       LOUGHRY & LINDSAY, ESQUIRES
        BY:  JUSTIN T. LOUGHRY, ESQUIRE
            - and -
6       BY:  LAWRENCE D. LINDSAY
        330 MARKET STREET
7       CAMDEN, NEW JERSEY 08102
        856-968-9201
8       ATTORNEYS FOR THE PLAINTIFFS

9

10

11      ROSELLI, GRIEGEL, LOZIER & LAZZARO, PC
        BY:  MARK ROSELLI, ESQUIRE
            - and -
12      BY:  KENNETH W. LOZIER, ESQUIRE
        1337 STATE HIGHWAY 33
13      HAMILTON SQUARE, NEW JERSEY  08690
        609-586-2257
14      ATTORNEYS FOR THE DEFENDANTS

15

16

17

18

19

20

21

22

23

24

25

1            JUDGE BISSELL:  I'm now reopening

2      proceedings in the case of Andre Jarrells, civil

3      docket number 09-269.

4               This opinion/report is being issued

5      pursuant to the directives of the Order of Reference

6      to a Special Master and the Special Master's

7      Agreement and the guiding principles of law which

8      underlie this decision to be applied to the facts

9      upon which it is based as set forth in the jury

10     instructions in the Walker and Mejias jury charges to

11     the extent applicable to the allegations of Mr.

12     Jarrells.

13               As finalized after review under Local

14     Civil Rule 52.1, this transcript will constitute the

15     written report required under paragraph seven of the

16     Order of Reference to a Special Master.

17               Andre Jarrells was also a resident of D

18     Tent and testified with regard to alleged assaults

19     against him while in that facility.  His testimony

20     regarding the conduct directed against him can best

21     be described in three short excerpts from his

22     testimony before the Special Master on February 20th,

23     2009.

24               Beginning at the top line of page ten.

25               "Question:  And when was the first time

1    you knew something was wrong relative to Baker being

2    killed?

3              "Answer:  When six officers came in

4    with masks and all this equipment and billy clubs,

5    told us to get naked, get on the floor.  They just

6    started beating on us.  And we didn't know what was

7    going on.

8              "Question:  When you say they started

9    beating on us, what did they do?

10             "Answer:  Kick us.  Hit us with the --

11   I got punched in the face.  And spitting on us.

12   Degrading us.  We didn't know what we were doing.

13   What did we do wrong?

14             "Question:  How many men were in D Tent

15   at this time?

16             "Answer:  Let's see if I can be exact.

17   One, two, three -- I think it's ten, if I'm not

18   mistaken.

19             "Question:  And was a Barry Sweeten in

20   that tent?

21             "Answer:  Yes, he was.  He slept right

22   there next to me.

23             "Question:  How about Robin Lewis?

24             "Answer:  He slept across from me.

25             "Question:  Now, you've described them

1    coming in, did they tell you to get on the ground or

2    get on the bed?

3                "Answer:  Get on the ground.

4                "Question:  Were you assaulted that

5    day?

6                "Answer:  Yes.

7                "Question:  How many different days can

8    you estimate you were assaulted by guards during the

9    lockdown?

10               "Answer:  Everyday for the first two

11   weeks.  At least everyday, once a day.

12               "Question:  And how did that occur, can

13   you describe that?

14               "Answer:  They just came in and started

15   beating on people.  Get on the bed.  Just kicking

16   people for no reason.  We didn't get to take showers.

17   We ate cold food.  Drunk sour milk.  Just terrible.

18               "Question:  Were you beaten by fists

19   and kicks?

20               "Answer:  Yes, sir.

21               Another excerpt appears at page 13,

22   lines 12 through 17.

23               "Question:  On the first day where you

24   say they came in, made you lay on the floor and beat

25   you, did they use clubs that day?

December 11, 2009

Page 7

1              "Answer:  Yes.  One used a club.

2    Mostly they was kicking me with their feet.  And

3    we're talking about thunderous kick with those big

4    boots."

5              And then if I may add, he has a

6    description about the conduct administered to Inmate

7    Sweeten which was completely different than that

8    testified to by Inmate Sweeten himself who maintained

9    his claim in his case despite the lack of credibility

10   of the testimony of Mr. Jarrells.

11             Page 13, line 22 Mr. Jarrells states:

12             "Question:  If you could, sir, I'd like

13   you to describe what you saw guards do to Inmate

14   Sweeten.

15             "Answer:  Okay.  I had a good view of

16   him because he was right in front of me.  And they

17   was kicking him in the chest, in the head, all over

18   his body.  His back, the ribs.  And I just saw all

19   this.  And I just put my head down and just prayed.

20   That's all I could do."

21             He continues.

22             "Question:  Was this during a time when

23   they ordered you to lay face down?

24             "Answer:  Yes.

25             "Question:  The men that kicked

1    Mr. Sweeten, were they SOGS?

2              "Answer:  Some were SOGs, some were

3    correction officers.  But you really couldn't tell

4    because they was in full riot gear.  Fortunately,

5    some of the ones we knew before they put the riot

6    gear on, you could see through the glass the face to

7    see who it is.

8              "Question:  So it was a combination of

9    SOG and regular corrections officers?

10             "Answer:  Yes, sir."

11             Now, we know from ample testimony

12   throughout these proceedings that the Bayside Prison

13   Officers did not don riot gear to assist the SOGs in

14   inmate extractions.  That would be particularly the

15   case here when you are involved in a tent with only

16   ten inmates, that testimony is just plain false.

17             Further at page 22, line 21 and further

18   on.  This is, of course, cross-examination.

19             "Question:  Beginning July 30, 1997,

20   you were beaten everyday by Bayside and/or SOG

21   officers; is that correct?

22             "Answer:  Yes, sir.

23             "Question:  And you claim that occurred

24   for about 30 days; is that correct?

25             "Answer:  The whole thing lasted about

December 11, 2009

Page 9

1    30 days.  I didn't get beat 30 days.

2                    "Question:  And during that 30 days you

3    claim that you were struck with night sticks at least

4    55 times; is that correct?

5                    "Answer:  That's right.  Every time

6    they came in.

7                    "Question:  And you were kicked by

8    those officers at least one hundred times; is that

9    correct?

10                   "Answer:  Yes, sir.  If you add it all

11   up, I try not to remember it, but --

12                   "Question:  I can imagine.

13                   "Answer:  Yes, sir."

14                   There then follows in the course of

15   this plaintiff's testimony a long list of Bayside

16   Prison Officers who allegedly committed these

17   multiple assaults on virtually a daily basis

18   throughout the lockdown.  Of course, because as I

19   find this is a fabrication, there is inconsistent

20   testimony by Mr. Jarrells between his testimony

21   before the Special Master and his deposition,

22   particularly with regard to the names of the officers

23   at Bayside whom he lists as persons who assaulted

24   him.  Among the officers named, at least three

25   testified in this case whose comments are worth

1   discussing.

2            Officer Roberts testified that during

3   the lockdown he was never assigned to the tents at

4   all.  Secondly, that Bayside Prison Officers did not

5   don riot gear and did not employ night sticks in the

6   course of their duties during the lockdown or

7   generally.  Officer Pfirman testified also that

8   although named by Mr. Jarrells as one of the persons

9   who assaulted him, he was never assigned to the tents

10  during the lockdown either.

11           Officer Fisher was assigned to the tent

12  area, but he was the quarter master for the tents

13  involved in the distribution of supplies and the like

14  as he described it.  Hence, he would not have drawn

15  an assignment for the evacuation of inmates from any

16  one or more of the tents and never assaulted a

17  prisoner, as he so testified.  On the other hand,

18  because of his position as the quarter master, he is

19  a person whom inmates housed in the tents would have

20  known.

21           If the inherent incredibility of Mr.

22  Jarrells' testimony and the refutation by some of the

23  officers whom he named were not enough, the testimony

24  of Barry Sweeten contradicts it as well.  Mr. Sweeten

25  testified before this Special Master on January 20th,

December 11, 2009

1 2009, and some excerpts of his testimony warrant

2 reading here.  One of them begins at page 70, line 12

3 of the transcript and continues to page 72, line 17.

4     I might add here parenthetically that

5 the testimony of Inmates Jarrells, Lewis and Sweeten

6 was all offered on behalf of those respective

7 plaintiffs for the case of each of them.  Back to the

8 quotation.

9     "Question:  So the only time that you

10 recall SOG officers coming to your tent was on what

11 you claim to be August 15th, 1997, correct?"

12 Parenthetically, the record is the 14th.

13     "Answer:  Yes, sir.

14     "Question:  The day in which the

15 inmates were transferred to the gymnasium?

16     "Answer:  Yes, sir.

17     "Question:  And at no other time during

18 the lockdown did any SOG officers come into your

19 tent?

20     "Answer:  That's correct.

21     "Question:  And you had never seen any

22 inmates, therefore, you had never seen any other

23 inmates who were in D Tent be beaten on any other

24 occasion?

25     "Answer:  Not after that day, no, sir.

1              "Question:  And prior to that

2   particular incident, right, that was the only time

3   that you have a recollection of SOG officers coming

4   into D Tent?

5              "Answer:  That's correct.

6              "Question:  And do you have any

7   recollection of housing officers -- the housing

8   officers coming into your tent at all?

9              "Answer:  Well, on a regular basis they

10  would always come in.  There was one guy named

11  Blackbeard, and Sergeant Cappe, there was another guy

12  that had blond hair, blond haired guy, really skinny

13  guy.

14             "Question:  And they were the housing

15  officers that you would see occasionally?

16             "Answer:  On duty, at each particular

17  night they all had their different shifts.

18             "Question:  And those were the officers

19  that you would see when you had bathroom break?

20             "Answer:  Yes.

21             "Question:  Right, shower breaks?

22             "Answer:  That's correct.

23             "Question:  Other than your seeing

24  these housing officers being present during the

25  lockdown for their duties, do you have any

1   recollection of any of those housing officers coming

2   into D Tent and assaulting any inmates during the

3   lockdown?

4           "Answer:  Not in my presence, no.

5           "Question:  And how about any Bayside

6   Officer, do you have any recollection of any Bayside

7   Officer that you could identify as a Bayside Officer

8   coming in your tent, D Tent, and assaulting any

9   inmates while you were there?

10          "Answer:  No, sir.

11          "Question:  So is it fair so say,

12  Mr. Sweeten, that the only assaults that you claim to

13  have seen was on that particular day?

14          "Answer:  That's correct.

15          "Question:  Of what you claim to be

16  August 15th, correct?

17          "Answer:  Yes, sir.

18          "Question:  Whether it be your own or

19  other inmates?

20          "Answer:  Yes, sir."

21          Testimony also continues on the

22  following page, it's page 73, lines seven through 15.

23          "MR. ROSELLI:  Just a follow-up to

24  that, your Honor, I'm sorry.

25          "Question:  So then it's clear, then,

1    you did not witness Bayside Officers or SOG officers

2    come into D Tent on any other occasion, assaulting

3    inmates in D Tent?

4              "Answer:  Not after that date, no.

5              "Question:  And/or before?

6              "Answer:  That's correct."

7              In summary, Mr. Jarrells effort to

8    generate a claim for himself is based, I conclude,

9    upon the arrival of a SOG team in the tent on

10   August 14th, 1997.  Upon his witnessing the assaults

11   that did, in fact, occur to Mr. Sweeten, and which

12   have served as a successful cause of action for him

13   in these matters, and then deciding to jump on this

14   band wagon.  But he wasn't going to limit himself to

15   a single event on a single date.  Rather, he

16   fabricated this totally incredible story about

17   beatings right there in this small confines of Tent D

18   day after day after day after day.

19              Mr. Sweeten, to his credit, whom I

20   found to be credible in his own case, refutes that in

21   his testimony under oath before me and I find the

22   latter to be much more credible.

23              Finally, although not every item of

24   evidence has been discussed in this opinion/report,

25   all evidence presented to the Special Master was

1    reviewed and considered.

2              For the reasons set forth before, I

3    recommend in this report that the District Court

4    enter an order and judgment of no cause for action

5    with regard to Andre Jarrells.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3          I, Theresa O. Mastroianni, a Notary Public and

 4     Certified Shorthand Reporter of the State of New

 5     Jersey, do hereby certify that the foregoing is a

 6     true and accurate transcript of the testimony as

 7     taken stenographically by and before me at the time,

 8     place, and on the date hereinbefore set forth.

 9          I DO FURTHER CERTIFY that I am neither a

10     relative nor employee nor attorney nor counsel of any

11     of the parties to this action, and that I am neither

12     a relative nor employee of such attorney or counsel,

13     and that I am not financially interested in the

14     action.

15

16

17

18

19          Theresa O. Mastroianni
            Theresa O. Mastroianni, C.S.R.
20          Notary Public, State of New Jersey
            My Commission Expires May 5, 2010
21          Certificate No. XIO857
            Date: December 15, 2009
22

23

24

25
```

**A**

accurate 16:6
action 1:2 14:12
   15:4 16:11,14
add 7:5 9:10
   11:4
administered
   7:6
Agreement 4:7
al 1:9
allegations 4:11
alleged 4:18
allegedly 9:16
ample 8:11
Andre 1:7 4:2,17
   15:5
and/or 8:20 14:5
Answer 5:3,10
   5:16,21,24 6:3
   6:6,10,14,20
   7:1,15,24 8:2
   8:10,22,25 9:5
   9:10,13 11:13
   11:16,20,25
   12:5,9,16,20
   12:22 13:4,10
   13:14,17,20
   14:4,6
appears 6:21
applicable 4:11
applied 4:8
area 10:12
arrival 14:9
assaulted 6:4,8
   9:23 10:9,16
assaulting 13:2
   13:8 14:2
assaults 4:18
   9:17 13:12
   14:10
assigned 10:3,9
   10:11
assignment
   10:15
assist 8:13

ate 6:17
attorney 16:10
   16:12
ATTORNEYS
   3:8,14
Audubon 2:22
August 11:11
   13:16 14:10

**B**

back 7:18 11:7
Baker 5:1
band 14:14
Barry 5:19
   10:24
based 4:9 14:8
basis 9:17 12:9
bathroom 12:19
Bayside 1:5 8:12
   8:20 9:15,23
   10:4 13:5,6,7
   14:1
beat 6:24 9:1
beaten 6:18 8:20
   11:23
beating 5:6,9
   6:15
beatings 14:17
bed 6:2,15
Beginning 4:24
   8:19
begins 11:2
behalf 11:6
best 4:20
big 7:3
billy 5:4
BISSELL 1:21
   4:1
Blackbeard
   12:11
blond 12:12,12
body 7:18
boots 7:4
break 12:19
breaks 12:21

**C**

C 3:2 16:1,1
Camden 2:10
   3:7
Cappe 12:11
case 4:2 7:9 8:15
   9:25 11:7
   14:20
cause 14:12 15:4
Certificate
   16:21
Certified 2:6,20
   16:4
certify 16:5,9
charges 4:10
chest 7:17
civil 1:2 4:2,14
claim 7:9 8:23
   9:3 11:11
   13:12,15 14:8
clear 13:25
club 7:1
clubs 5:4 6:25
cold 6:17
combination 8:8
come 11:18
   12:10 14:2
coming 6:1
   11:10 12:3,8
   13:1,8
commencing
   2:10
comments 9:25
Commission
   16:20
committed 9:16
completely 7:7
conclude 14:8
conduct 4:20 7:6
confines 14:17
considered 15:1
constitute 4:14
continues 7:21
   11:3 13:21
contradicts

10:24
correct 8:21,24
   9:4,9 11:11,20
   12:5,22 13:14
   13:16 14:6
correction 8:3
corrections 8:9
counsel 16:10,12
course 8:18 9:14
   9:18 10:6
Court 1:1 2:7,9
   2:20 15:3
credibility 7:9
credible 14:20
   14:22
credit 14:19
cross-examina...
   8:18
C.S.R 16:19

**D**

D 3:6 4:17 5:14
   11:23 12:4
   13:2,8 14:2,3
   14:17
daily 9:17
date 14:4,15
   16:8,21
day 6:5,11,23,25
   11:14,25 13:13
   14:18,18,18,18
days 6:7 8:24
   9:1,1,2
December 1:15
   16:21
deciding 14:13
decision 4:8
Defendants 1:10
   3:14
Degrading 5:12
deposition 9:21
describe 6:13
   7:13
described 4:21
   5:25 10:14
description 7:6

despite 7:9
different 6:7 7:7
   12:17
directed 4:20
directives 4:5
discussed 14:24
discussing 10:1
distribution
   10:13
District 1:1,2 2:9
   15:3
docket 4:3
doing 5:12
don 8:13 10:5
drawn 10:14
Drunk 6:17
duties 10:6
   12:25
duty 12:16

**E**

E 3:2,2 16:1,1
effort 14:7
either 10:10
employ 10:5
employee 16:10
   16:12
enter 15:4
equipment 5:4
ESQUIRE 3:5
   3:11,12
ESQUIRES 3:4
estimate 6:8
et 1:9
evacuation
   10:15
event 14:15
everyday 6:10
   6:11 8:20
evidence 14:24
   14:25
exact 5:16
excerpt 6:21
excerpts 4:21
   11:1
Expires 16:20

extent 4:11
extractions 8:14

**F**

F 16:1
fabricated 14:16
fabrication 9:19
face 5:11 7:23
    8:6
facility 4:19
fact 14:11
facts 4:8
fair 13:11
false 8:16
FAUVER 1:9
February 4:22
feet 7:2
finalized 4:13
Finally 14:23
financially
    16:13
find 9:19 14:21
first 4:25 6:10
    6:23
Fisher 10:11
fists 6:18
floor 5:5 6:24
following 13:22
follows 9:14
follow-up 13:23
food 6:17
foregoing 16:5
FORMAROLI
    2:19
forth 4:9 15:2
    16:8
Fortunately 8:4
found 14:20
FRIDAY 1:15
front 7:16
full 8:4
further 8:17,17
    16:9

**G**

gear 8:4,6,13

10:5
generally 10:7
generate 14:8
Gerry 2:9
glass 8:6
going 5:7 14:14
good 7:15
GRIEGEL 3:10
ground 6:1,3
guards 6:8 7:13
guiding 4:7
guy 12:10,11,12
    12:13
gymnasium
    11:15

**H**

H 1:9
hair 12:12
haired 12:12
HAMILTON
    3:13
hand 10:17
head 7:17,19
hereinbefore
    16:8
HIGHWAY
    3:12
Hit 5:10
Honor 13:24
HONORABLE
    1:21
Horse 2:21
House 2:9
housed 10:19
housing 12:7,7
    12:14,24 13:1
hundred 9:8

**I**

identify 13:7
imagine 9:12
incident 12:2
inconsistent
    9:19
incredibility

10:21
incredible 14:16
inherent 10:21
inmate 7:6,8,13
    8:14
inmates 8:16
    10:15,19 11:5
    11:15,22,23
    13:2,9,19 14:3
instructions
    4:10
interested 16:13
involved 8:15
    10:13
issued 4:4
item 14:23

**J**

January 10:25
Jarrells 1:7 4:2
    4:12,17 7:10
    7:11 9:20 10:8
    10:22 11:5
    14:7 15:5
Jersey 1:2 2:8,10
    2:22 3:7,13
    16:5,20
JOHN 1:21
JUDGE 4:1
judgment 15:4
July 8:19
jump 14:13
jury 4:9,10
JUSTIN 3:5

**K**

KENNETH 3:12
kick 5:10 7:3
kicked 7:25 9:7
kicking 6:15 7:2
    7:17
kicks 6:19
killed 5:2
knew 5:1 8:5
know 5:6,12
    8:11

known 10:20

**L**

lack 7:9
lasted 8:25
law 4:7
LAWRENCE
    3:6
lay 6:24 7:23
LAZZARO 3:10
Let's 5:16
Lewis 5:23 11:5
license 2:7
limit 14:14
LINDSAY 3:4,6
line 4:24 7:11
    8:17 11:2,3
lines 6:22 13:22
list 9:15
lists 9:23
Litigation 1:6
Local 4:13
lockdown 6:9
    9:18 10:3,6,10
    11:18 12:25
    13:3
long 9:15
LOUGHRY 3:4
    3:5
LOZIER 3:10
    3:12

**M**

maintained 7:8
MARK 3:11
MARKET 3:6
masks 5:4
master 1:6,21
    4:6,16,22 9:21
    10:12,18,25
    14:25
Master's 4:6
Mastroianni 2:6
    2:19 16:3,19
matter 1:4 2:6
matters 14:13

Mejias 4:10
men 5:14 7:25
milk 6:17
mistaken 5:18
multiple 9:17

**N**

N 3:2
naked 5:5
named 9:24 10:8
    10:23 12:10
names 9:22
neither 16:9,11
never 10:3,9,16
    11:21,22
New 1:2 2:8,10
    2:22 3:7,13
    16:4,20
night 9:3 10:5
    12:17
Notary 2:8 16:3
    16:20
number 2:7 4:3

**O**

O 2:6 16:3,19
oath 14:21
occasion 11:24
    14:2
occasionally
    12:15
occur 6:12 14:11
occurred 8:23
offered 11:6
Officer 10:2,7
    10:11 13:6,7,7
officers 5:3 8:3,9
    8:13,21 9:8,16
    9:22,24 10:4
    10:23 11:10,18
    12:3,7,8,15,18
    12:24 13:1
    14:1,1
Okay 7:15
once 6:11
ones 8:5

opinion/report 1:5 4:4 14:24
order 4:5,16 15:4
ordered 7:23

**P**

P 3:2,2
page 4:24 6:21 7:11 8:17 11:2 11:3 13:22,22
paragraph 4:15
parenthetically 11:4,12
particular 12:2 12:16 13:13
particularly 8:14 9:22
parties 16:11
PC 3:10
people 6:15,16
person 10:19
persons 9:23 10:8
Pfirman 10:7
Pike 2:21
place 16:8
plain 8:16
plaintiffs 3:8 11:7
plaintiff's 9:15
Plaza 2:9
position 10:18
prayed 7:19
presence 13:4
present 12:24
presented 14:25
principles 4:7
prior 12:1
Prison 1:5 8:12 9:16 10:4
prisoner 10:17
proceedings 2:5 4:2 8:12
Public 2:8 16:3 16:20

punched 5:11
pursuant 4:5
put 7:19 8:5

**Q**

quarter 10:12 10:18
Question 4:25 5:8,14,19,23 5:25 6:4,7,12 6:18,23 7:12 7:22,25 8:8,19 8:23 9:2,7,12 11:9,14,17,21 12:1,6,14,18 12:21,23 13:5 13:11,15,18,25 14:5
quotation 11:8

**R**

R 3:2 16:1
reading 11:2
really 8:3 12:12
reason 6:16
reasons 15:2
recall 11:10
recollection 12:3 12:7 13:1,6
recommend 15:3
record 11:12
Reference 4:5 4:16
refutation 10:22
refutes 14:20
regard 1:4 4:18 9:22 15:5
regarding 4:20
regular 8:9 12:9
relative 5:1 16:10,12
remember 9:11
reopening 4:1
report 4:15 15:3
Reporter 2:7

16:4
Reporting 2:20
required 4:15
resident 4:17
respective 11:6
review 4:13
reviewed 15:1
ribs 7:18
right 5:21 7:16 9:5 12:2,21 14:17
riot 8:4,5,13 10:5
Roberts 10:2
Robin 5:23
ROSELLI 3:10 3:11 13:23
Rule 4:14

**S**

S 3:2
saw 7:13,18
Secondly 10:4
see 5:16 8:6,7 12:15,19
seeing 12:23
seen 11:21,22 13:13
Sergeant 12:11
served 14:12
set 4:9 15:2 16:8
seven 4:15 13:22
shifts 12:17
short 4:21
Shorthand 16:4
shower 12:21
showers 6:16
single 14:15,15
sir 6:20 7:12 8:10,22 9:10 9:13 11:13,16 11:25 13:10,17 13:20
six 5:3
skinny 12:12
slept 5:21,24

small 14:17
SOG 8:9,20 11:10,18 12:3 14:1,9
SOGs 8:1,2,13
sorry 13:24
sour 6:17
South 2:21
Special 1:6,21 4:6,6,16,22 9:21 10:25 14:25
spitting 5:11
SQUARE 3:13
started 5:6,8 6:14
State 1:5 2:8 3:12 16:4,20
states 1:1 2:9 7:11
stenographica... 16:7
sticks 9:3 10:5
story 14:16
STREET 3:6
struck 9:3
successful 14:12
summary 14:7
supplies 10:13
Sweeten 5:19 7:7,8,14 8:1 10:24,24 11:5 13:12 14:11,19

**T**

T 3:5 16:1,1
take 6:16
taken 2:6 16:7
talking 7:3
team 14:9
tell 6:1 8:3
ten 4:24 5:17 8:16
tent 4:18 5:14,20 8:15 10:11 11:10,19,23

12:4,8 13:2,8,8 14:2,3,9,17
tents 10:3,9,12 10:16,19
terrible 6:17
testified 4:18 7:8 9:25 10:2,7,17 10:25
testimony 4:19 4:22 7:10 8:11 8:16 9:15,20 9:20 10:22,23 11:1,5 13:21 14:21 16:6
Theresa 2:6 16:3 16:19
thing 8:25
think 5:17
three 4:21 5:17 9:24
thunderous 7:3
time 4:25 5:15 7:22 9:5 11:9 11:17 12:2 16:7
times 9:4,8
told 5:5
top 4:24
totally 14:16
transcript 2:5 4:14 11:3 16:6
transferred 11:15
true 16:6
try 9:11
two 5:17 6:10

**U**

underlie 4:8
United 1:1 2:9
use 6:25

**V**

Videoconfere... 2:20
view 7:15

**virtually** 9:17
**vs** 1:8

**W**

**W** 1:21 3:12
**wagon** 14:14
**Walker** 4:10
**warrant** 11:1
**wasn't** 14:14
**weeks** 6:11
**we're** 7:3
**White** 2:21
**WILLIAM** 1:9
**witness** 14:1
**witnessing** 14:10
**worth** 9:25
**written** 4:15
**wrong** 5:1,13

**X**

**XIO857** 16:21

**0**

**08102** 2:10 3:7
**08106** 2:22
**08690** 3:13
**09-269** 1:2 4:3

**1**

**11** 1:15
**11:52** 2:10
**12** 6:22 11:2
**13** 6:21 7:11
**1337** 3:12
**14th** 11:12 14:10
**15** 13:22 16:21
**15th** 11:11 13:16
**17** 6:22 11:3
**1997** 8:19 11:11
    14:10

**2**

**20th** 4:22 10:25
**2009** 1:15 4:23
    11:1 16:21
**2010** 16:20
**21** 8:17

**22** 7:11 8:17
**251** 2:21

**3**

**30** 8:19,24 9:1,1
    9:2
**30X100085700**
    2:7
**33** 3:12
**330** 3:6

**5**

**5** 16:20
**52.1** 4:14
**55** 9:4

**6**

**609-586-2257**
    3:13

**7**

**70** 11:2
**72** 11:3
**73** 13:22

**8**

**856-546-1100**
    2:23
**856-968-9201**
    3:7