UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ANDRE JARROLS :

: 

Plaintiff(s) : **JUDGMENT**

(vs) :

Civil #09-00269 (RBK)

BAYSIDE STATE PRISON, ET AL. :

:

Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on December 11, 2009 and no timely objection having been filed,

IT IS, on this 11" day of March, 2010

ORDERED that the report of Hon. John W. Bissell dated December 11, 2009

is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Robin Lewis**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.